George Glezos, defendant in error, v. Vasilios Glezos, plaintiff in error. Gen. No. 27,934.

Assumpsit for money loaned and also for sum advanced on contract to buy real estate. Verdict for $2,500 ''with interest.'' Judgment for $3,885.42. Error to the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed May 28, 1923.

Thomas E. Swanson and Rush B. Johnson, for plaintiff in error. B. M. Shaffner, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Laura Frantzen, appellee, v. Adolph Holum, appellant. Gen. No. 27,956.

Proceeding under Bastardy Act. Defendant found to be father of relatrix's child. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Tiffany & Kasischke, for appellant; Ernest Kasischke, of counsel. Trainor & Trainor, for appellee; Robert E. Crowe, State's Attorney, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

In re estate of Winfield Scott Thurber, deceased.

Corporation of the Fine Arts Building, appellant, v. Chicago Title & Trust Company, administrator de bonis non of the estate of Winfield Scott Thurber, deceased, appellee. Gen. No. 27,973.

Claim, for expense administration of an estate, of the fair rental value of certain premises. Supplemental petition in Probate Court. Claim disallowed and petition dismissed. Appeal to Circuit Court. Petition dismissed. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Tenney, Harding & Sherman, for appellant. Bangs & Frankhauser and Judah, Willard, Wolf & Reichmann, for appellee; Arthur M. Cox, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

In re Estate of Winfield Scott Thurber, deceased.

Trustees of the estate Charles A. Chapin, deceased, appellants, v. Chicago Title & Trust Company, administrator de bonis non of the estate of Winfield Scott Thurber, deceased, appellee. Gen. No. 27,974.

Claim for rental as an expense of administration. Petition dismissed. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Tenney, Harding & Sherman, for appellants. Bangs & Frankhauser and Judah, Willard, Wolf & Reichmann, for appellee; Arthur M. Cox, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.